Nos. 230, 231, 232 and 233. SOUTHERN RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* W. C. THURSTON. In error to the Supreme Court of the State of North Carolina. Submitted January 25, 1916. Decided February 21, 1916. *Per Curiam.* Judgments reversed with costs upon the authority of *Southern Railway* v. *Reid,* 222 U. S. 424; *Yazoo & Mississippi Valley Railroad* v. *Greenwood Grocery Co.,* 227 U. S. 1; *Charleston & Western Carolina Railway* v. *Varnville Furniture Co.,* 237 U. S. 597. *Mr. John K. Graves* for the plaintiff in error. No appearance for the defendant in error.

---

No. 546. THE VALLEY STEAMSHIP COMPANY, PLAINTIFF IN ERROR, *v.* JOHN J. WATTAWA; and

No. 547. THE VALLEY STEAMSHIP COMPANY, PLAINTIFF IN ERROR, *v.* JOSEPH MRAZ. In error to the Supreme Court of the State of Ohio. Motion to dismiss submitted February 21, 1916. Decided February 28, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Western Union Telegraph Co.* v. *Crovo,* 220 U. S. 364, 366; *Norfolk Turnpike Co.* v. *Virginia,* 225 U. S. 264, 268–269; *Stratton* v. *Stratton,* 239 U. S. 55. *Mr. Frank S. Masten* for the plaintiff in error. *Mr. George H. Eichelberger* for the defendants in error.